William L. Hames, WSBA #12193
John W. O'Leary, WSBA #33004
HAMES, ANDERSON, WHITLOW & O'LEARY, PS
P.O. Box 5498
Kennewick, WA 99336-0498
(509) 586-7797/ (509) 586-3674 fax
billh@hawlaw.com
johno@hawlaw.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ZURIEL, INC.<br><br>          Debtor | Case No. 14-03145-FPC12<br><br>MOTION FOR ORDER GRANTING SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND MOTION GRANTING A WAIVER OF FRBP 6004(h) |

Comes now, Debtor, by and through its attorney William L. Hames, of Hames, Anderson, Whitlow & O'Leary, PS, and moves the above-entitled court for an order authorizing an auction sale of property of the estate free and clear of liens and Order waiving the provisions of FRBP 6004(h). This motion is made pursuant to 11 USC 363 (f) (1) and (3), and FRBP 6004 and LBR 6004-1

Dated this 29 day of January 2015.

        HAMES, ANDERSON, WHITLOW & O'LEARY, P.S.
        Attorneys for Debtor

        By _____
        William L. Hames WSBA #12193
        John W. O'Leary, WSBA #33004

MOTION FOR ORDER GRANTING SALE OF
PROPERTY OF THE ESTATE FREE AND
CLEAR OF LIENS AND ORDER GRANTING A
WAIVER OF FRBP 6004(h) - 1

HAMES, ANDERSON, WHITLOW & O'LEARY, PS
P.O. BOX 5498
601 W. KENNEWICK AVENUE
KENNEWICK, WA 99336
(509) 586-7797/ (509) 586-3674 fax